OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

ZIP 78701
02 1W
0001401603

POSTAGE >> PITNEY BOWES

$ 000.27⁵

JUN. 03. 2015

6/3/2015

CORRALES-ESCOTO, OSCAR OMAR    Tr. Ct. No. 14-06-06563-CR(1)
WR-83,169-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RETURN TO SENDER
( ) CELL & PIN # REQUIRED
( ) NO LONGER AT THIS FACILITY
( ) UNAUTHORIZED MATERIAL
( ) NO GREETING CARDS

OSCAR OMAR CORRALES-ESCOTO
MONTGOMERY COUNTY JAIL #482072
#1 CRIMINAL JUSTICE DR.
CONROE, TX 77301

MEBN3B 77301